**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(CIVIL)**

DAVID MICHAEL BOSNIC                )
1712 January Drive #102             )
Silver Spring, MD  20904            )
                                    )
            Plaintiff,              )   Civ. Act. No. _____
                                    )
    v.                              )
                                    )
ELI LILLY AND COMPANY               )
Lilly Corporate Center              )
Indianapolis, IN 46285              )
                                    )
            Defendant.              )
                                    )

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ELI LILLY AND COMPANY**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for

the District of Columbia and Rule 7.1 of the Federal Rules of Civil Procedure, counsel for

Defendant Eli Lilly and Company, undersigned, hereby certifies that to the best of its knowledge

and belief, Eli Lilly and Company does not have a parent company and that none of its

subsidiary or affiliate corporations has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for

recusal.

Dated:  October 11, 2006                    Respectfully submitted,

                                            _____
OF COUNSEL:                                 Charles H. Carpenter (*DC Bar No.* 432004)
Nina M. Gussack                             George A. Lehner (*DC Bar No.* 281949)
PEPPER HAMILTON LLP
3000 Two Logan Square                       PEPPER HAMILTON LLP
18th & Arch Streets                         Hamilton Square
Philadelphia, PA  19103-2799                600 Fourteenth Street, N.W.

Telephone: 215-981-4000
Fax: 215-981-4750
E-mail: gussackn@pepperlaw.com

Janet C. Goldberg
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
Telephone: 202-220-1200
Fax: 202-220-1665
E-mail: goldbergj@pepperlaw.com

Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: carpentc@pepperlaw.com
      lehnerg@pepperlaw.com

*Attorneys for Defendant*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail this 11th day of October, 2006 upon:

> Aaron M. Levine, Esq.
> Brandon J. Levine, Esq.
> Renee L. Robinson-Meyer, Esq.
> Steven J. Lewis, Esq.
> AARON M. LEVINE & ASSOCIATES
> 1320 19[th] Street, N.W., Suite 500
> Washington, D.C. 20036

Charles H. Carpenter