**Greg Hughes/DCD/DC/USCOURTS**

12/19/2006 08:35 AM

To  Katherine Snuffer/DCD/DC/USCOURTS@USCOURTS

cc

bcc

Subject  Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

More MDL stuff.  Thanks!
----- Forwarded by Greg Hughes/DCD/DC/USCOURTS on 12/19/2006 08:34 AM -----



**August Marziliano/NYED/02/USCOURTS**

12/19/2006 08:25 AM

To  Jeff Reinert/ALSD/11/USCOURTS@USCOURTS, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Mona Zingrich/ILSD/07/USCOURTS@USCOURTS, Deborah_Weiss@ilsd.uscourts.gov, Linda Ziegler/SDD/08/USCOURTS@USCOURTS, Donna Gregory/LAMD/05/USCOURTS@USCOURTS, Mary Kaye Conery/MND/08/USCOURTS@USCOURTS, Lou Jean Gleason/MND/08/USCOURTS@USCOURTS, Jeanne Henderson/TXED/05/USCOURTS@USCOURTS, Robbie Westmoreland/TXSD/05/USCOURTS@USCOURTS, Kathleen Murphy/TXSD/05/USCOURTS@USCOURTS, Robert Phelps/IAND/08/USCOURTS@USCOURTS, Tammy Shipley/TXND/05/USCOURTS@USCOURTS

cc

Subject  IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

In accordance with Conditional Transfer Order  74, the Eastern District of New York has opened  the following cases.

I have attached a copy of the Schedule which note your docket number(s), Case caption and corresponding EDNY number(s).

I have also attached the Conditional Transfer Order.  You  may now close your case(s).  We will capture a copy of the docket sheet and any necessary documents from your ECF system.  You do not have to send us any documentation.

If anyone would like me to send future e-mails to another person in your office, then please e-mail me back with that information.

Thank You
August Marziliano
Administrative Assistant, Budget Analyst

  

CTO-74.pdf   cto-74 edny socket numbers pdf

**SCHEDULE CTO-74 - TAG-ALONG ACTIONS**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

<u>DIST. DIV. C.A. #</u>                                   <u>CASE CAPTION</u>

**ALABAMA SOUTHERN**
ALS  1  06-640          Kimberly A. Bailey v. Eli Lilly & Co. — 06 cv 6443
ALS  1  06-641          Janet Beck v. Eli Lilly & Co. — 06cv 6444
ALS  2  06-656          Shirley Watkins v. Eli Lilly & Co. — 06 cu 6445

**DISTRICT OF COLUMBIA**
DC  1  06-1740          David Michael Bosnic v. Eli Lilly & Co. — 06 cv 6446
DC  1  06-1741          Sage Brooks v. Eli Lilly & Co. — 06 cv 6447

**IOWA NORTHERN**
IAN  1  06-126          Jeffrey Lucas v. Eli Lilly & Co. — 06cv 6448

**ILLINOIS SOUTHERN**
ILS  3  06-675          Victoria Smith v. Eli Lilly & Co. 06 cv 6449

**LOUISIANA EASTERN**
LAE  2  06-7160         Lovie King v. Eli Lilly & Co. - 06 cv 6450
LAE  2  06-7161         Dwight Jackson v. Eli Lilly & Co. — 06 cv 6451

**LOUISIANA MIDDLE**
LAM  3  06-750          Noel Dixon v. Eli Lilly & Co. - 06 cv 6452

**MINNESOTA**
MN  0  06-3613          Lina Quinonez, et al. v. Eli Lilly & Co. — 06 cv 6463
MN  0  06-3884          Ronni Haling v. Eli Lilly & Co. — 06cv 6466
MN  0  06-3885          Sheila Durant v. Eli Lilly & Co. — 06 cv 6457
MN  0  06-4100          Fannie Robinson, et al. v. Eli Lilly & Co. → 06cv 6458
MN  0  06-4102          Mattie Burley, et al. v. Eli Lilly & Co. → 06 cv 6459

**TEXAS EASTERN**
TXE  5  06-204          Harry Campbell, et al. v. Eli Lilly & Co. → 06 cv 6461
TXE  5  06-208          Mary Kern, et al. v. Eli Lilly & Co. → 06 cv 6462
TXE  5  06-209          James Camp v. Eli Lilly & Co. → 06 cv 6463

**TEXAS NORTHERN**
TXN  3  06-1696         Maria Bautista, et al. v. Eli Lilly & Co. → 06 cv 6464
TXN  3  06-1697         Sabrina Richardson, et al. v. Eli Lilly & Co. → 06 cv 6465
TXN  3  06-1735         Elda Gonzalez, et al. v. Eli Lilly & Co. → 06cv 6466
TXN  5  06-229          Nick Castronovo v. Eli Lilly & Co. → 06 cv 6467

**TEXAS SOUTHERN**
TXS  4  06-2896         Lawrence Nixon v. Eli Lilly & Co. → 06cv 6468